IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DAKOTA HALDEMAN | : | |
| *INDIVIDUALLY AND ON BEHALF OF ALL* | : | CIVIL ACTION |
| *SIMILARLY SITUATED PERSONS* | : | |
| | : | |
| | : | No. 22-3367 |
| v. | : | |
| | : | |
| CONSTELATION CLEARSIGHT, LLC, et al. | : | |
| *formerly known as* | : | |
| EXELON CLEARSIGHT, LLC | : | |

O R D E R

AND NOW, this 14th day of March, 2024, it having been reported that the issues between the parties in this matter have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby ORDERED that this matter is DISMISSED with prejudice. It is further ORDERED that all pending motions are DENIED as moot. The Clerk of Court is directed to statistically close this matter.

**GEORGE WYLESOL,** Clerk of Court

By: /s/ Mia Harvey
    Mia Harvey
    Courtroom Deputy to Judge Mia R. Perez